NO. 07-03-0442-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 5, 2004

_____


ZURICH AMERICAN INSURANCE COMPANY, APPELLANT

V.

ARTHUR HILL, APPELLEE

_____

FROM THE 128TH DISTRICT COURT OF ORANGE COUNTY;

NO. A010136-C; HONORABLE PAT CLARK, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On December 17, 2003, appellant, Zurich American Insurance Company, filed a Motion to Dismiss Appeal pursuant to Tex. R. App. P. 42.1(a)[1] based on an agreement resolving the underlying dispute. The motion includes a certificate of service that counsel

_____

[1]A rule of appellate procedure will hereafter be referred to as "Rule _____."

for appellee was served a copy of the motion by first class mail on December 3, 2003.  No response to the motion has been received.

Accordingly, without passing on the merits of the case, appellant's Motion to Dismiss is granted and the appeal is hereby dismissed.  Rule 42.1(a).

All costs are assessed to appellant.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Phil Johnson
Chief Justice